**Order entered January 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00922-CR

## DANIEL EDWARD MURRAY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 366th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 366-80173-06

## ORDER

This appeal is **REINSTATED**.

We **VACATE** our order of November 30, 2012 requiring the trial court to make findings of fact regarding why appellant's brief was not filed.

We **GRANT** appellant's December 24, 2012 motion to reinstate the appeal. Appellant's brief tendered to the Clerk of the Court on December 24, 2012 is **DEEMED** timely filed as of the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
           JUSTICE